UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED

OCT 14 PM 3: 03

THOMAS
CLERK, U.S. DIST. COURT
W/D OF TN, MEMPHIS

Derek D Fleming
_____
(Name of plaintiff or plaintiffs)

v.   CIVIL ACTION NO._____

Sharp Manufacturing
Company Of America
_____
(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, Derek D Fleming
(name of plaintiff)

is a citizen of the United States and resides at 381 Lillian Dr.
(street address)

Memphis          Shelby           Tenn.
(city)           (country)         (state)

38109                    901-859-8059 - Cell
(zip code)              (telephone number)

901-789-0510 - WrK.
EVENING Shift.

Revised 4-18-08

3. Defendant __Sharp Manufacturing Co.__
(defendant's name)
lives at, or its business is located at __Sharp Plaza Blvd.__
(street address)
__Memphis  Tenn  38193__

4. Plaintiff sought employment from the defendant or was employed by the defendant at
__Sharp Plaza Blvd.__
(street address)
__Memphis__   __Shelby__   __Tenn__   __38193__
(city)        (country)    (state)   (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about __17th    May    2010__
(day)   (month)   (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about __9    June    2010__.
(day)   (month)   (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about __7th    June    2010__.
(day)   (month)   (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on __3rd  10  2011__. (Attach a copy of the notice to this complaint.)
(day) (month) (year)

9. Because of plaintiff's (1) ___ race, (2) ___ color, (3) ✓ sex, (4) ___ religion, (5) ___ national origin, defendant

    (a) ___ failed to employ plaintiff.

    (b) ✓ terminated plaintiff's employment.

    (c) ___ failed to promote plaintiff.

    (d) __Retaliated when requested assistant via chief shop Steward for help with job assignment. of which I (plaintiff) was under staff for task.__

Revised 4-18-08

10. The circumstances under which defendant discriminated against plaintiff were as follows: Descriminated against plaintiff because of request for assistant of assignment that plaintiff counterparts of which were (females) were getting but plaintiff wasn't.

11. The acts set forth in paragraph 9 of this complaint

  (a) ____ are still being committed by defendant.

  (b) ____ are no longer being committed by defendant.

  (c) ✓ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

  WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

  (a) ____ Defendant be directed to employ plaintiff, or

  (b) ____ Defendant be directed to re-employ plaintiff, or

  (c) ____ Defendant be directed to promote plaintiff, or;

  (d) ____ Defendant be directed to grant back-pay as well as propensentary amount damages.

and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

13.   I would like to have my case tried by a jury.  Yes (✓)  No ( )

_Derek O Henry_
SIGNATURE OF PLAINTIFF

Revised 4-18-08